14 CV 1109

IH-32                                                                                           Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

TORTUS CAPITAL MASTER FUND, LP

| Plaintiff | Case Number |
|---|---|
| vs. | 14 CV 1109 |
| THE REPUBLIC OF ARGENTINA | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

PABLO ALBERTO VARELA and LILA INES BURGUENO, MIRTA SUSANA DIEGUEZ, MARIA EVANGELINA CARBALLO and LEANDRO DANIEL POMILIO, SUSANA AQUERRETA, MARIA ELENA CORRAL and TERESA MUNOZ DE CORRAL, NORMA ELSA LAVORATO and CARMEN IRMA LAVORATO and CESAR RUBEN VAZQUEZ, NORMA HAYDEE GINES and MARTA AZUCENA VAZQUEZ

| Plaintiff | Case Number |
|---|---|
| vs. | 10 CV 5338 (TPG) |
| THE REPUBLIC OF ARGENTINA | |
| Defendant | |

IH-32                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Complaint and answer filed; "pari passu" injunction entered by Judge Griesa; affirmed by Second Circuit; cert. petition filed by defendant on 2/14/2014.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Same defendant, same type of bonds; part of series of cases all referred to Judge Griesa.

Signature: _____     Date: 2/24/2014

Firm: Milberg LLP