AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Tortus Capital Master Fund, LP <br><br> *Plaintiff* <br> v. <br> The Republic of Argentina <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> **14 CV 1109** <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Republic of Argentina
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, NY 10170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael C. Spencer
Milberg LLP
One Penn Plaza, 49th Floor
New York, NY 10119

Attorneys for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: FEB 2 1 2014

_____
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 14 CV 1109

Date Filed: _____

**Plaintiff:**
**Tortus Capital Master Fund, LP**
vs.
**Defendant:**
**The Republic of Argentina**

**State of New York, County of New York ss:**

Received by Target Research & Investigation Corporation to be served on **The Republic of Argentina, c/o Banco de la Nacion Argentina, 225 Park Avenue, New York, NY 10170.**

I, Ronald Waag, being duly sworn, depose and say that on the **21st day of February, 2014 at 4:03 pm**, I:

served **The Republic of Argentina** by delivering a true copy of the Summons In a Civil Action and Complaint to: **Arlene Flores** as Authorized Agent of/for **The Republic of Argentina**, at the address of: **c/o Banco de la Nacion Argentina, 225 Park Avenue, New York, NY 10170.**

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'11", Weight: 135, Hair: Dark Brown, Glasses: N

I swear that I am over the age of 18 years, am not a party to the within matter and reside in the State of New York.

Subscribed and Sworn to before me on the 25th day of February, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTINA O'SULLIVAN
Notary Public – State of New York
No. 01OS6124768
Qualified in Queens County
My Commission Expires 3/28/2017

Ronald Waag
1402590

Target Research & Investigation Corporation
233 Broadway
Suite 2065
New York, NY 10279
(212) 227-9600
Our Job Serial Number: TAR-2014000148

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b